IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY MOUYNIVONG | : CIVIL ACTION |
| | : |
| v. | : NO. 22-2479 |
| | : |
| PROGRESSIVE ADVANCED INSURANCE COMPANY | : |

## ORDER

AND NOW, this 3rd day of August 2022, upon considering the parties' Stipulated Notice of Dismissal (ECF Doc. No. 22), it is **ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. We **ADJOURN** today's initial pretrial conference; and,

3. The Clerk of Court shall **close** this case.

KEARNEY, J.